IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

vs.                                                 4:07-CV-347-SPM

FRANKLIN COUNTY SCHOOL
BOARD, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTION FOR INJUNCTIVE RELIEF**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) filed on August 24, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on August 24, 2007(doc. 7).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. No matters are raised which would warrant additional consideration at this stage, and Plaintiff has not shown the magistrate's report to be incorrect in any way. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 6) is

adopted and incorporated by reference in this order.

2. The emergency motion for a preliminary injunction (doc. 5) is hereby *denied*.

3. This case is remanded to the magistrate judge for review of the amended complaint and all other associated proceedings for this case.

**DONE AND ORDERED** this <u>eighth</u> day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge