IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

vs.                                              4:07-CV-347-SPM

FRANKLIN COUNTY SCHOOL
BOARD, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S SECOND
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's Second Report and Recommendation (doc. 29). The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on February 29, 2008 (doc. 30).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. No matters are raised which would warrant additional consideration at this stage, and Plaintiff has not shown the magistrate's report to be incorrect in any way. Petitioner's objections are a reiteration of the issues raised and facts argued during the initial motions. The Report and Recommendation has appropriately

1

responded to all of Petitioner's complaints. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Second Report and Recommendation (doc. 29) is adopted and incorporated by reference in this order.

2. Petitioner's third (doc. 25) and fourth (doc. 27) motions for injunctive relief are both *denied*.

3. This case is remanded to the magistrate judge for review of Defendants' motion to dismiss and all other associated proceedings for this case.

**DONE AND ORDERED** this twenty-fourth day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge