IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

vs.                                                     4:07-CV-347-SPM

FRANKLIN COUNTY SCHOOL
BOARD, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 32). The parties have been furnished with a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on June 6, 2008 (doc. 33). Defendants filed a reply on June 18, 2008 (doc. 34).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. The Report and Recommendation has appropriately responded to all of Petitioner's complaints. Plaintiff has not shown the magistrate's report to be incorrect in any way.

Additionally, even if Plaintiff's standing issue could be resolved upon the filing of an action as "next friend" to his minor son, there are still no constitutional violations present. Neither Plaintiff nor his son has been subject to conditions that are inequitable or otherwise unconstitutional. The facts alleged by Plaintiff demonstrate that Plaintiff is unhappy with the decisions made by Defendants. However, there is no evidence that those decisions were racially motivated or unconstitutional. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 32) is adopted and incorporated by reference in this order.

2. Defendants' Motions to Dismiss (docs. 17 and 20) are hereby GRANTED.

3. Plaintiff's amended complaint shall be DISMISSED for failure to state a claim upon which relief may be granted.

4. Plaintiff's motion for leave to file another amended complaint is DENIED.

DONE AND ORDERED this twenty-eighth day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge